■ In the Matter of ALENA W. WHEELER, Appellant, v HARRY G. HIMBER et al., Constituting the Classification Review Board of the Unified Court System of the State of New York, et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated at Special Term, Donovan, J. (Appeal from judgment of Supreme Court, Oneida County, Donovan, J.—art 78.) Present—Callahan, J. P., Doerr, Boomer, Pine and Schnepp, JJ.